IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMARIS HOLLIS, | : |
| Plaintiff, | : |
| vs. | : |
| | : CIVIL ACTION 15-0270-M |
| CAROLYN W. COLVIN, | : |
| Social Security Commissioner, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Jamaris Hollis and against Defendant Carolyn W. Colvin.

DONE this 11th day of January, 2016.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE