```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

JAMARIS HOLLIS, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 15-270-M
:
CAROLYN W. COLVIN, :
Commission of Social Security, :
:
    Defendant. :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Jamaris Hollis and against Defendant Carolyn W. Colvin. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA Attorney's fee in the amount of $2,083.29.

DONE this 16th day of March, 2016.

                                          s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE